ELVERA M. PICONE and Another, Respondents, v. SUSAN BAVASI and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

MARTIN POSTAL, Appellant, v. FRANK CLAYTON VINCENT as President, and EDMUND MASSELL, as Treasurer, of the One Hundred and Sixth Infantry Regiment of the New York National Guard, Respondents.— In view of the decision of the appeal in *Postal* v. *Vincent* (*post*, p. 749), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee by Merger to BANK OF MANHATTAN TRUST COMPANY, etc., under a Certain Mortgage or Deed of Trust Made by SILRAP CONSTRUCTION CO., INC., Bearing Date January 1, 1926, Respondent, v. SILRAP CONSTRUCTION CO., INC., and Others, Defendants, Impleaded with HARRY H. NEWBERRY and Others, etc., Appellants and CLINTON M. WOODFORD and Others, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GORDON, Appellant.— Motion for reargument of motion to open default and to vacate order dismissing appeal granted, and upon reargument the motion to open the default and to vacate the order dismissing the appeal is granted, and the motion to dismiss the appeal is denied; appellant to perfect the appeal for the April term, case ordered on the calendar for Monday, April 9, 1934, and the appellant's time enlarged accordingly. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT TERRANOVA, Appellant.— Motion to dismiss appeal granted on consent. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

S. J. E. BUILDING CORPORATION, Respondent, v. MATT O. M. CONSTRUCTION CO., INC., Appellant, and Others, Defendants.— Motion to dismiss appeals denied on condition that appellant perfect the appeals for the April term (for which term they are set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

LOUIS TRASHANSKY, Respondent, v. SIMON ABELS and Others, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.